IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TYLOR SHANE BLACK,**                                                          **PLAINTIFF**
**ADC #145881**

v.                              **CASE NO. 4:18-CV-00730-BSM**

**KYLE DODSON**                                                                 **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 5th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE